IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-1483-13






DEBRA RUTH HENDERSON, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TENTH COURT OF APPEALS


ELLIS COUNTY





 Per curiam. Keasler and Hervey, JJ., dissent.


ORDER 



 The petition for discretionary review violates Texas Rules of Appellate
Procedure 9.4(i)(2)(D) and 9.4(i)(3), because it does not contain a certificate of compliance
to certify compliance with word limits; and Rule 68.4(i), because it does not contain the
court of appeal's opinion.

 The petition is struck. See Texas Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must
be filed in the Court of Criminal Appeals within thirty days after the date of this order. 

 

Filed: December 18, 2013

Do not publish